[918 NE2d 944, 890 NYS2d 432]

EVA FLORES, Appellant, v LANGSAM PROPERTY SERVICES CORP. et al., Respondents.

Decided October 20, 2009

**APPEARANCES OF COUNSEL**

*Raymond Schwartzberg & Associates, PLLC*, New York City (*Steven I. Brizel* of counsel), for appellant.

*McMahon, Martine & Gallagher, LLP*, Brooklyn (*Patrick W. Brophy* of counsel), for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

Plaintiff failed to raise a triable issue of fact regarding defendants' actual or constructive notice of the particular dangerous condition that allegedly caused her injuries (*see Gordon v American Museum of Natural History*, 67 NY2d 836, 838 [1986]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.